**In re HILLSIDE MEN'S SHOP, Inc., Bankrupt. Abraham Saffir, Appellant, Henry E. Coleman, Appellee.**

No. 491.

Circuit Court of Appeals, Second Circuit.

July 9, 1934.

Cohen & Wedeen, of New York City (Sidney Wedeen, of New York City, of counsel), for appellant.

Edward Gettinger, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

---

**Edgar HOWELL, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 7268.

Circuit Court of Appeals, Fifth Circuit.

Oct. 3, 1934.

Before BRYAN, HUTCHESON, and WALKER, Circuit Judges.

H. T. Nichols, Asst. U. S. Atty., of Atlanta, Ga., for appellee.

PER CURIAM.

The appellee, through the United States attorney, having filed a motion to dismiss the appeal in the above-entitled cause on the ground that the question involved therein has become moot, it is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed.

---

**Edward JOHNSEN, Appellant, v. Warren H. PILLSBURY, as U. S. Deputy Comm'r, 13th Compensation District, etc., Appellee.**

No. 7640.

Circuit Court of Appeals, Ninth Circuit.

Oct. 8, 1934.

Alfred J. Hennessy, of San Francisco, Cal., for appellant.

H. McPike, U. S. Atty., and Sydney P. Murman, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee and by direction of the court, ordered appeal in above causes dismissed for failure of appellant to file record and docket cause; mandate forthwith.